# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

RYAN REPASS

Defendant(s).

CASE NO. 2:15-cr-00191-JCM-GWF

## SUBSTITUTION OF ATTORNEY

Ryan Repass _____ (Plaintiff)(Defendant) hereby substitutes
(Name of Party)

DAMIAN R. SHEETS, ESQ
(New Attorney)

(Address): 726 S. Casino Center Blvd Ste 211, Las Vegas NV 89101

(Telephone): 702-598-1299 , as attorney of record in place and

stead of: Brenda Weksler
(Present Attorney)

DATED: 7-10-15
(Signature of Party)

I consent to the above substitution.

DATED: 7/15/15
(Signature of Present Attorney)

. . .

. . .

. . .

1

I am duly admitted to practice in this District.
Above substitution accepted.
DATED: 7/14/15

_____
(Signature of New Attorney)

Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: July 20, 2015

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2

6/95