DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:15-cr-191-JCM-GWF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM REPASS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Damien R. Sheets, Esq., counsel for Defendant WILLAIM REPASS, that the date for the Government to file a response to the Defendant's Motion to Suppress Evidence and Statements for Fourth Amendment Violation (Docket #19) be extended to October 22, 2015, and that the date for the Defendant to file an optional reply be extended to November 3, 2015.

This stipulation is entered for the following reasons:

1. The Defendant's Motion to Suppress was filed and served on September 21, 2015. PACER set the Government's response deadline for on or before October 8, 2015.

2. Counsel for the Government needs additional time to research the issues raised by the Defendant's Motion to Suppress.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to research the issues raised by the Defendant's Motion to Suppress, taking into account due diligence.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

DATED: October 8, 2015.

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/s/
DAMIEN R. SHEETS, ESQ.
Counsel for Defendant WILLIAM REPASS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:15-cr-191-JCM-GWF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM REPASS, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion to Suppress was filed and served on September 21, 2015. PACER set the Government's response deadline for on or before October 8, 2015.

2. Counsel for the Government needs additional time to research the issues raised by the Defendant's Motion to Suppress.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to research the issues raised by the Defendant's Motion to Suppress, taking into account due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion response deadline.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time to allow the Government adequate time to prepare a response to the Defendant's Motion to Suppress, taking into account due diligence. The failure to grant said continuance would likely result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress (Docket #19) is extended until October 22, 2015. The Defendant's optional reply shall be filed by November 3, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 9, 2015