Damian R. Sheets, ESQ.
Nevada Bar No. 10755
**MAYFIELD, GRUBER & SHEETS**
726 S. Casino Center Blvd. #211
Las Vegas, NV 89101
Tel: (702) 598-1299
Fax: (702) 598-1266
E-mail: dsheets@defendingnevada.com
Attorney for Defendant
RYAN REPASS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:15-cr-0191-JCM-GWF |
| vs. | ) |
| RYAN REPASS, | ) **STIPULATION TO CONTINUE** |
| Defendant. | ) **SENTENCING DATE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Phillip Smith, Assistant United States Attorney, counsel for the United States of America, and Damian R. Sheets, Esq., counsel for Defendant, RYAN REPASS, that the Sentencing Date currently scheduled for June 27, 2016, be continued to a time convenient for the court.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant will be out of the jurisdiction on a personal matter and will be unavailable for sentencing.

2. Counsel is currently in the process of collecting mitigating materials and wishes to have additional time to complete such.

3. Defendant is in custody and has no objection to the continuance.

4. Defense counsel is asking for a new sentencing date in approximately forty-five (45) days to give him time to complete his work.

5. Counsel has spoken to the government who does not oppose the continuance.

This is the first request for a continuance of the sentencing date.

DATED this 22nd day of June, 2016.

| s/Phillip Smith | s/Damian R. Sheets |
|---|---|
| PHILLIP SMITH, ESQ. | DAMIAN R. SHEETS, ESQ. |
| Assistant United States Attorney | Nevada Bar No. 10755 |
| | Attorney for Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                    Plaintiff,            )<br>                                                              )<br>          vs.                                            )<br>                                                              )<br> RYAN REPASS,                             )<br>                                                              )<br>                    Defendant.         )<br>_____) | Case No.: 2:15-cr-0191-JCM-GWF<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS OF LAW<br>AND ORDER** |

      The Court having considered the Stipulation between the Plaintiff, United States of America, by and through Phillip Smith, United States Attorney and Defendant, RYAN REPASS, by and through DAMIAN R. SHEETS, ESQ., makes the following findings of fact and conclusions of law and enters the following order:

### FINDINGS OF FACT

      Counsel for the Government was advised by Damian R. Sheets, Esq., counsel for Defendant, RYAN REPASS, that Mr. Sheets needs further time prepare sentencing.

1. Counsel for defendant will be out of the jurisdiction on a personal matter and will be unavailable for sentencing.
2. Counsel is currently in the process of collecting mitigating materials and wishes to have additional time to complete such.
3. Defendant is in custody and has no objection to the continuance.
4. Defense counsel is asking for a new sentencing date in approximately forty-five (45) days to give him time to complete his work.
5. Counsel has spoken to the government who does not oppose the continuance.

This is the first request for a continuance of the sentencing date

For all of the above stated reasons, the ends of justice would best be served by a continuance of the trial date herein.

## CONCLUSIONS OF LAW

The ends of justice are served by granting said continuance.

## ORDER

Based on the pending Stipulation of the parties and good cause appearing therefore,

**IT IS THEREFORE ORDERED** that the Sentencing in this matter currently scheduled for June 27, 2016 at the hour of 10:30 a.m, be vacated and continued to **August 11, 2016 at 10:00 a.m.**

DATED June 23, 2016.

_____
United States District Judge