NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6317 / Fax: 702.388.6418
jim.fang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>WILLIAM REPASS,<br><br>  Defendant. | CASE NO:  2:15-cr-00191-JCM-GWF<br><br>STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Damian R. Sheets, Esq., counsel for Defendant William Repass, that the hearing for supervised release revocation in the above-captioned matter, previously scheduled for August 12, 2020, at 10:00 a.m., be vacated and continued until a time convenient to the Court, but no earlier than October 15, 2020.

One of the violations that gave rise to this revocation proceeding is Defendant's arrest and charge, on February 2, 2020, for Driving under the Influence of Alcohol and/or Controlled or Prohibited Substance, in violation of NSR 484C.110/484C.400.1a.  The state charges have been scheduled for trial on September 30, 2020 at 8 a.m. before the Honorable Suzan Baucum in the Las Vegas Justice Court.  The government, Defendant, and the Probation Officer have all agreed that, in the interest of justice and the efficient use of

government and court resources, the disposition of the revocation proceeding should be stayed until the state charges have been resolved.  Accordingly, the parties jointly and respectfully ask the Court to vacate and continue the revocation hearing until a time convenient to the Court, but no sooner than October 15, 2020.

Dated this 5th day of August, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By: s/ *Jim W. Fang*
    JIM W. FANG
    Assistant United States Attorney

By: s/ *Damian R. Sheets*
    DAMIAN R. SHEETS, ESQ.
    Counsel for Defendant Repass

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM REPASS,

        Defendant.

CASE NO: 2:15-cr-00191-JCM-GWF

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be stayed until the state charges that gave rise to the revocation proceeding have been resolved.

### ORDER

IT IS ORDERED that the revocation of supervised release hearing in *United States v. William Repass*, 2:15-cr-00191-JCM-GWF, set for August 12, 2020, at 10 a.m., is hereby VACATED, and RESET for __October 28__, 2020, at __10:00 AM__.

DATED August 7, 2020.

By: _____
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE