1  Damian R. Sheets, ESQ.
Nevada Bar No. 10755
2  **NEVADA DEFENSE GROUP**
714 South Fourth Street
3  Las Vegas, NV 89101
Tel: (702) 966-2600
4  Fax: (702) 988-9500
E-mail: dsheets@defendingnevada.com
5  Attorney for Defendant
*Attorney for the William Repass*

6

7                           UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,

9                    Plaintiff,              CASE NO:  2:15-cr-00191-JCM-GWF

10     vs.

WILLIAM REPASS,                          STIPULATION TO CONTINUE REVOCATION
11                                          OF SUPERVISED RELEASE HEARING

                    Defendant.
12

13       It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United

14  States Attorney, through Jim W. Fang, Assistant United States Attorney, and Damian R.

15  Sheets, Esq., counsel for Defendant William Repass, that the hearing for supervised release

16  revocation in the above-captioned matter, previously scheduled for October 28, 2020, at

17  10:00 a.m., be vacated and continued until a time convenient to the Court, but no earlier

18  than January 7, 2021.

19       One of the violations that gave rise to this revocation proceeding is Defendant's

20  arrest and charge, on February 2, 2020, for Driving under the Influence of Alcohol and/or

21  Controlled or Prohibited Substance, in violation of NSR 484C.110/484C.400.1a.  The state

22  charges have been scheduled for trial on January 6, 2021 at 8 a.m. before the Honorable

23  Suzan Baucum in the Las Vegas Justice Court.  The government, Defendant, and the

24

1  Probation Officer have all agreed that, in the interest of justice and the efficient use of

2  government and court resources, the disposition of the revocation proceeding should be

3  stayed until the state charges have been resolved.  Accordingly, the parties jointly and

4  respectfully ask the Court to vacate and continue the revocation hearing until a time

5  convenient to the Court, but no sooner than January 7, 2021.

6

7  Dated this 27th day of October, 2020.

8  NICHOLAS A. TRUTANICH
   United States Attorney

9

10 By: s/ *Jim W. Fang*                                By: s/  Damian R Sheets
      JIM W. FANG                                           DAMIAN R. SHEETS, ESQ.
11    Assistant United States Attorney              Counsel for Defendant Repass

12

13

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                   Plaintiff,

    vs.

WILLIAM REPASS,

                Defendant.

CASE NO:  2:15-cr-00191-JCM-GWF

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be stayed until the state charges that gave rise to the revocation proceeding have been resolved.

## ORDER

IT IS ORDERED that the revocation of supervised release hearing in *United States v. William Repass*, 2:15-cr-0205-JCM-GWF, set for October 28, at 10 a.m., is hereby VACATED, and RESET for ___January 20___, 2021, at ___10:30 am___.

DATED October 28, 2020.

By: _____
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

3