NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6317 / Fax: 702.388.6418
jim.fang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>WILLIAM REPASS,<br><br>                    Defendant. | CASE NO: 2:15-cr-191-JCM-GWF<br><br>STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (THIRD REQUEST) |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Damian R. Sheets, Esq., counsel for Defendant William Repass, that the hearing for supervised release revocation in the above-captioned matter, previously scheduled for January 27, 2021, at 10:30 a.m., be vacated and continued until a time convenient to the Court, but no earlier than April 8, 2021.

One of the violations that gave rise to this revocation proceeding is Defendant's arrest and charge, on February 2, 2020, for Driving under the Influence of Alcohol and/or Controlled or Prohibited Substance, in violation of NSR 484C.110/484C.400.1a. The state charges, previously scheduled for trial on January 6, 2021, at 8 a.m. before the Honorable Suzan Baucum in the Las Vegas Justice Court, has now been moved to April 7, 2021, at 8 a.m. The government, Defendant, and the Probation Officer have all agreed that, in the

interest of justice and the efficient use of government and court resources, the disposition of the revocation proceeding should be stayed until the state charges have been resolved. Accordingly, the parties jointly and respectfully ask the Court to vacate and continue the revocation hearing until a time convenient to the Court, but no sooner than April 8, 2021.

Dated this 13th day of January, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

By: s/ *Jim W. Fang*  
    JIM W. FANG  
    Assistant United States Attorney

By: s/ *Damian R Sheets*  
    DAMIAN R. SHEETS, ESQ.  
    Counsel for Defendant Repass

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM REPASS,<br><br>　　　　　　Defendant. | CASE NO:  2:15-cr-191-JCM-GWF<br><br>**FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be stayed until the state charges that gave rise to the revocation proceeding have been resolved.

## ORDER

IT IS ORDERED that the revocation of supervised release hearing in *United States v. William Repass*, 2:15-cr-0205-JCM-GWF, set for January 27, 2021, at 10:30 a.m., is hereby VACATED, and RESET for __April 16__, 2021, at __10:00 am__.

DATED January 15, 2021.

By: _____/s/ James C. Mahan_____
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE