CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702.388.6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>WILLIAM REPASS,<br><br>            Defendant. | CASE NO: 2:15-cr-191-JCM-GWF<br><br>STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FOURTH REQUEST) |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Damian R. Sheets, Esq., counsel for Defendant William Repass, that the hearing for supervised release revocation in the above-captioned matter, previously scheduled for August 4, 2021, at 10:00 a.m., be vacated and continued until a time convenient to the Court, but no earlier than 14 days from the current setting.

The parties previously sought continuances of the hearing due to defendant's pending state court charge in a related case, which has since been resolved very recently. However, the probation officer will be unavailable to testify on August 4, 2021 due to a scheduling conflict, and the parties are still attempting to reach a negotiated resolution. The government would like to review the resolution of the state case as part of the negotiation, which the defense consents. Accordingly, the parties jointly and respectfully ask the Court

to vacate and continue the revocation hearing until a time convenient to the Court, but no earlier than 14 days from the current setting.

Dated this 2nd day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By: s/ *Jim W. Fang*  
    JIM W. FANG  
    Assistant United States Attorney

By: s/ *Damian R Sheets*  
    DAMIAN R. SHEETS, ESQ.  
    Counsel for Defendant Repass

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM REPASS,<br><br>　　　　　　　　Defendant. | CASE NO:  2:15-cr-191-JCM-GWF<br><br>**FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be continued to allow the parties to potentially reach a negotiated resolution.

## ORDER

IT IS ORDERED that the revocation of supervised release hearing in *United States v. William Repass*, 2:15-cr-0205-JCM-GWF, set for August 4, 2021, at 10:00 a.m., is hereby VACATED, and RESET for \_\_\_\_September 22,\_\_\_\_, 2021, at \_10:00 AM\_.

DATED August 3, 2021.

　　　　　　　　　　　　　　　　　By: _/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　JUDGE JAMES C. MAHAN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE