CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702.388.6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 2:15-cr-191-JCM-GWF |
| vs. | |
| WILLIAM REPASS, | STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIFTH REQUEST) |
| Defendant. | |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Damian R. Sheets, Esq., counsel for Defendant William Repass, that the hearing for supervised release revocation in the above-captioned matter, previously scheduled for September 22, 2021, at 10:00 a.m., be vacated and continued until a time convenient to the Court, but no earlier than 30 days from the current setting.

The parties previously sought continuances of the hearing due to defendant's pending state court charge in a related case. After the state case was resolved, the parties sought an additional continuance in an attempt to reach a negotiated resolution. However, the parties were unable to do so, and now the hearing is likely to be contested. Unfortunately, the undersigned government counsel has a trial currently scheduled to begin on September 27, 2021 in *United States v. Goldsby, et al.*, No. 16-cr-294-JCM-VCF, less than a

week from today, making it difficult for the undersigned to adequately prepare for the revocation hearing. Defense counsel has graciously agreed to a continuance so that the undersigned could be fully prepared for the revocation hearing. Accordingly, the parties jointly and respectfully ask the Court to vacate and continue the revocation hearing until a time convenient to the Court, but no earlier than 30 days from the current setting.

Dated this 21st day of September, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By: s/ *Jim W. Fang*
    JIM W. FANG
    Assistant United States Attorney

By: s/ *Damian R Sheets*
    DAMIAN R. SHEETS, ESQ.
    Counsel for Defendant Repass

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM REPASS,<br><br>　　　　　　Defendant. | CASE NO:  2:15-cr-191-JCM-GWF<br><br>**FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be continued to allow the parties to adequately prepare for the proceeding.

## ORDER

IT IS ORDERED that the revocation of supervised release hearing in *United States v. William Repass*, 2:15-cr-0205-JCM-GWF, set for September 22, 2021, at 10:00 a.m., is hereby VACATED, and RESET for December 8, 2021, at 10:30 a.m.

DATED September 21, 2021.

By: /s/ James C. Mahan
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE