1  DAMIAN R. SHEETS, Esq.
   Nevada Defense Group
2  Nevada Bar Number 10755
   714 S. 4th Street
3  Las Vegas, Nevada 89101
   Phone: 702.988.2600
4  Email: dsheets@defendingnevada.com
   *Attorneys for the Defendnt*

5

## UNITED STATES DISTRICT COURT
6
## DISTRICT OF NEVADA

7  UNITED STATES OF AMERICA,

8                    Plaintiff,              CASE NO: 2:15-cr-191-JCM-GWF

9     vs.
                                             STIPULATION TO CONTINUE
10 WILLIAM REPASS,                           REVOCATION OF SUPERVISED
                                             RELEASE HEARING (SEVENTH)
11                   Defendant.

12       It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United

13 States Attorney, through Jim W. Fang, Assistant United States Attorney, and Damian R.

14 Sheets, Esq., counsel for Defendant William Repass, that the hearing for supervised release

15 revocation in the above-captioned matter, previously scheduled for December 8, 2021, be

16 vacated and continued until a time convenient to the Court, but no earlier than 45 days

17 from the current setting.

18       The parties previously sought continuances of the hearing due to defendant's

19 pending state court charge in a related case. After the state case was resolved, the parties

20 sought an additional continuance in an attempt to reach a negotiated resolution. However,

21 the parties were unable to do so, and are continuing negotiations. It is possible that the

22 hearing may to be contested. Unfortunately, Defense Counsel was hoping to gather some

23 evidence in support of the defense, however, the necessary parties are out of state for

24 another week. The government has graciously agreed to a continuance so that the

1 undersigned could be fully prepared for the revocation hearing. Accordingly, the parties
2 jointly and respectfully ask the Court to vacate and continue the revocation hearing until a
3 time convenient to the Court, but no earlier than 45 days from the current setting.

Dated this 7th day of December, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By: s/ *Jim W. Fang*  
    JIM W. FANG  
    Assistant United States Attorney

By: s/ *Damian R Sheets*  
    DAMIAN R. SHEETS, ESQ.  
    Counsel for Defendant Repass

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM REPASS,<br><br>        Defendant. | CASE NO: 2:15-cr-191-JCM-GWF<br><br>**FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be continued to allow the parties to adequately prepare for the proceeding.

## ORDER

IT IS ORDERED that the revocation of supervised release hearing in *United States v. William Repass*, 2:15-cr-191-JCM-GWF, set for December 8, 2021, is hereby VACATED, and RESET for January 26, 2022, at 11:30 a.m. in courtroom 6A.

DATED December 8, 2021.

By: _____
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE